No. 71–888. WYMAN, COMMISSIONER OF NEW YORK DEPARTMENT OF SOCIAL SERVICES *v.* ALMENARES ET AL. C. A. 2d Cir. Motions of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.